ACCEPTED
12-14-00353-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/27/2015 9:45:24 AM
CATHY LUSK
CLERK

# CHRISTOPHER D. TINSLEY, P.C.
## ATTORNEY AND COUNSELOR AT LAW

117 E. Tyler • P.O. Box 750 • Athens, Texas 75751
PHONE: 903-677-1802 • FAX: 903-677-1850

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/27/2015 9:45:24 AM

CATHY S. LUSK
Clerk

January 22, 2015

David Lynn Sellers
Henderson County Justice Center
206-A North
Athens, Texas 75751

Re:                David Lynn Sellers v. The State of Texas

Appeal Number:      12-14-00352-CR & 12-14-00353-CR

Mr. Sellers,

On January 22, 2015, I received the opinion and judgment from the 12th Court of Appeals. The Court of Appeals dismissed your appeal per your wishes.

The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas. The Court of Criminal Appeals is not required to hear appeals, unlike the 12th Court of Appeals. The Court of Criminal Appeals has discretionary review authority in criminal cases. Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the 12th Court of Appeals pursuant to Texas Rule of Appellate Procedure 68. The date of the opinion was January 21, 2015, so a PDR would be due to be filed with the 12th Court of Appeals no later than February 21, 2015. The 12th Court of Appeals would forward any PDR to the Court of Criminal Appeals. The address to the 12th Court of Appeals is 1517 West Front Street, Suite 354, Tyler, Texas 75702.

Feel free to contact me if you have any questions.

Sincerely,

Christopher D. Tinsley

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7013 0600 0001 0457 5869

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 6.48 | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.48 | |

Sent To
David Lynn Sellers Henderson County
Street, Apt. No.; or PO Box No. 206-A North Justice Center
City, State, ZIP+4 Athens Tx 75751

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Lynn Sellers
Henderson County Justice Center
206-A North
Athens, Tx 75751

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®    ☐ Priority Mail Express™
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7013 0600 0001 0457 5869

PS Form 3811, July 2013          Domestic Return Receipt

NO. 12-14-00352-CR
NO. 12-14-00353-CR

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

| | | |
|---|---|---|
| *DAVID LYNN SELLERS,*<br>*APPELLANT* | § | *APPEALS FROM THE 173RD* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant's counsel has filed a motion to dismiss these appeals. The motion is accompanied by a document signed by Appellant in which he authorizes his counsel to file a motion to dismiss the appeals. No decision has been delivered in these appeals. Accordingly, Appellant's motion to dismiss is granted, and the appeals are *dismissed*. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered January 21, 2015.
*Panel consisted of Worthen, C.J. and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JANUARY 21, 2015

NO. 12-14-00352-CR
NO. 12-14-00353-CR

**DAVID LYNN SELLERS,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeals from the 173rd District Court

of Henderson County, Texas (Tr.Ct.No. B-20,857; B-20,858)

---

THESE CAUSES came on to be heard on the motion of the Appellant to dismiss the appeals herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeals be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J. and Hoyle, J.*